Glenn R. Kantor - SBN 122643
 E-mail: gkantor@kantorlaw.net
Brent Dorian Brehm – SBN 248983
 E-mail: bbrehm@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:  (818) 350-6272

Attorneys for Plaintiff,
Frank Zazanis

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ZAZANIS,<br><br>         Plaintiff,<br><br>    VS.<br><br>ANTHEM LIFE INSURANCE COMPANY,<br><br>         Defendant. | CASE NO:  CV 14-6854-PLA<br><br>[~~PROPOSED~~] ORDER FOR DIMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice.  Each party shall bear its own fees and costs.

Dated:   May 6, 2015

_/s/ Paul L. Abrams_

Hon. Paul L. Abrams
United States Magistrate Judge